AO91 (Rev. 12/03)  Criminal Complaint                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**            **CRIMINAL COMPLAINT**
vs.
                                         Case Number: 1:18-po-2158
Guillermo MALAGAMBA-De Leon
A095 794 652  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about July 02, 2018 in Cameron County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title 8 United States Code, Section(s) 1325(a)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on July 2, 2018. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on July 2, 2018 thus avoiding immigration inspection.

Subject had $400 Mexican Pesos.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Davila, Carlos  Border Patrol Agent
Signature of Complainant

Davila, Carlos   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 04, 2018                                             at  Brownsville, Texas
Date                                                         City/State

Ronald Morgan            U.S. Magistrate Judge
Name of Judge            Title of Judge              Signature of Judge